

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2014

No. 04-13-00316-CV

**BEXAR COUNTY TEXAS,**
Appellant

v.

**DEPUTY SHERIFF'S ASSOCIATION OF BEXAR COUNTY,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-14030
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court